IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CHARLIE BRANNER JUNIOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 318-080 |
| | ) | |
| JERMAINE WHITE, Warden; WANDA ATKINS, Counselor; ALEXANDER ROBERT, Unit Manager; and RUFUS LOGAN, Unit Manager, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff filed this case in the Southern District of Georgia even though the named defendants are located in Washington County, Georgia, and Butts County, Georgia. (See doc. no. 1, p. 4.) Because Washington County and Butts County are in the Middle District of Georgia, the proper venue is the Macon Division of the Middle District of Georgia. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Middle District of Georgia, Macon Division. 28 U.S.C. § 1406(a). The Court also **DIRECTS** the Clerk to forward the file to that District.

SO ORDERED this _____ day of November, 2018, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE